# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO. 11-cv-20526-JLK

PHAT FASHIONS, LLC.,

      Plaintiff,

v.

LISA L. WRIGHT,
PHAG FARM, INC.,

      Defendants.

_____/

## ORDER ON THE MANDATE

**THIS CAUSE** comes before the Court upon the June 4, 2013 Mandate of the United States Court of Appeals for the Eleventh Circuit.

The instant Mandate by the Eleventh Circuit vacates the Court's February 13, 2012 Order Granting Summary Judgment in Favor of Plaintiff (D.E. #53) and remands the above-styled action for further proceedings.

It is therefore, **ORDERED and ADJUDGED and DECREED** as follows:

1.    The May 3, 2013 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED** and made the Order of this Court.

2.    The Parties are ordered to file memoranda on the status of the case, their estimate of the need and scope of pleading practice and discovery now

needed; together with a proposed scheduling order for the Court's

consideration of the time required prior to pretrial conference and trial,

within **thirty (30) days**.

      **DONE and ORDERED** in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida this 23rd day of September,

2013.

                        JAMES LAWRENCE KING
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF FLORIDA

cc:    **Clerk of Court**

       **All Counsel of Record**